ERIC J. AMDURSKY (S.B. #180288)
LORI E. ROMLEY (S.B. #148447)
JUSTIN D. WALKER (S.B. #252268)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone:    (650) 473-2600
Facsimile:    (650) 473-2601
Email: eamdursky@omm.com
       lromley@omm.com
       jwalker@omm.com

Attorneys for Plaintiff
RIYA, INC.

ORIGINAL FILED
JAN 24 PM 4:06

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RIYA, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>DEBORAH BETH KIRSCH,<br><br>Defendant. | Case No.<br><br>**NOTICE OF MOTION FOR *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

MMC

| | |
|---|---|
| 1 | **TO DEFENDANT AND HER ATTORNEY OF RECORD:** |
| 2 | **YOU ARE HEREBY GIVEN NOTICE** that Riya, Inc. ("Riya") on January __, 2008, at |
| 3 | _____ a.m./p.m., or as soon thereafter as counsel may be heard by the above-entitled Court, |
| 4 | located at 450 Golden Gate Avenue, San Francisco, California, 94102, in the courtroom of the |
| 5 | Judge assigned to hear this matter, will move the Court for a temporary restraining order and |
| 6 | order to show cause why Riya should not be granted a preliminary injunction pursuant to Civil |
| 7 | Local Rule 65-1. The Ex Parte Application for Temporary Restraining Order and Order to Show |
| 8 | Cause Re: Preliminary Injunction, attached hereto, is supported by the accompanying |
| 9 | Memorandum of Points and Authorities In Support of Plaintiff's Ex Parte Application for |
| 10 | Temporary Restraining Order and Order to Show Cause, the Declarations of Munjal Shah, Andy |
| 11 | Miller and Lori E. Romley, with attached exhibits, including a copy of the Complaint, the |
| 12 | pleadings and records in this matter, all evidence that is properly brought before the Court at or |
| 13 | before the hearing on this motion, and any oral argument of counsel that may be presented to the |
| 14 | Court at the time of the hearing. |

Dated: January 24, 2008

Respectfully Submitted,

ERIC J. AMDURSKY
LORI E. ROMLEY
JUSTIN D. WALKER
O'MELVENY & MYERS LLP

By: /s/ Lori E. Romley
     Lori E. Romley

Attorneys for Plaintiff
RIYA, INC.

MP1:1012571.1