1    ERIC J. AMDURSKY (S.B. #180288)
     LORI E. ROMLEY (S.B. #148447)
2    JUSTIN D. WALKER (S.B. #252268)
     O'MELVENY & MYERS LLP
3    2765 Sand Hill Road
     Menlo Park, CA 94025
4    Telephone:    (650) 473-2600
     Facsimile:    (650) 473-2601
5    Email: eamdursky@omm.com
          lromley@omm.com
6          jwalker@omm.com

7    Attorneys for Plaintiff
     RIYA, INC.

8

9                **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11                  **SAN FRANCISCO DIVISION**

12

13    RIYA, INC., a California Corporation

14             Plaintiff,

15        v.

16    DEBORAH BETH KIRSCH,

17             Defendant.

Case No.

**DECLARATION OF ANDY MILLER IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELMINARY INJUNCTION**

## DECLARATION OF ANDY MILLER

I, Andy Miller, hereby declare as follows:

1.      If called to testify as a witness in this matter, I could and would testify competently to the following facts that are within my personal knowledge.

2.      I am currently employed by Riya, Inc. ("Riya") as a Data Center Architect. I have held that position for nearly two (2) years and have been employed by Riya since March 2006.

3.      I bear ultimate responsibility for all of Riya's internal information technology operations, including but not limited to day-to-day server, firewall, and network management. By virtue of my position, I am familiar with, have access to, and am responsible for implementing Riya's company policies regarding information technology and network administration. I also am familiar with, and responsible for overseeing, the methods employed by Riya to protect and secure the many valuable trade secrets, technology, know-how, and other highly confidential proprietary materials in its possession.

4.      Physical security of Riya's corporate office in San Mateo is provided by Cornerstone Properties, the company that manages the site where Riya's corporate office is located. In addition to security personnel protecting access to the building, access to Riya's office is permitted only through entering a pass code on a key pad or using a key.

5.      Many of Riya's core trade secrets, including but not limited to the algorithms, source code, and source code control are located in a secure data center in a site separate from the corporate office. To gain access to the data center, an employee must have a swipe card, pass a biometric identification and then once inside, have a special key to gain access to the metal cage in Riya's office wherein the algorithms, source code, source code control and other trade secrets are accessible.

6.      Riya protects its electronic communications and data from unauthorized third party access (i.e., hacking) by a firewall that prevents unauthorized inbound internet traffic from reaching

1    Riya's computer networks. Riya employees can access files remotely through secure, password-

2    protected websites, thus assuring no unauthorized person can obtain access to this information.

3          7.     Because Riya is such a small company, certain Riya employees (including defendant

4    when she was employed by Riya) have access to such information once they are logged in and

5    securely behind the Riya firewall. This includes access to the Wiki, which is essentially an online

6    database containing some of Riya's trade secrets.

7        I declare under penalty of perjury under the laws of the United States of America that the

8    foregoing is true and correct and that this declaration was executed on January 22, 2008, in San

9    Mateo, California.

10   Dated: _1/22/08_____

11

12                                          Andy Miller

13   MPI:1012585.2

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28