ERIC J. AMDURSKY (S.B. #180288)
LORI E. ROMLEY (S.B. #148447)
JUSTIN D. WALKER (S.B. #252268)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025
Telephone:  (650) 473-2600
Fax:  (650) 473-2601
Email: eamdursky@omm.com
        lromley@omm.com
        jwalker@omm.com

Attorneys for Plaintiff
RIYA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RIYA, INC., a California Corporation | Case No. 2008-0547 MMC |
| Plaintiff, | **CERTIFICATE OF PERSONAL SERVICE** |
| v. | |
| DEBORAH BETH KIRSCH, | |
| Defendant. | |

O'MELVENY & MYERS LLP
ATTORNEYS AT LAW
WASHINGTON

1  **PROOF OF PERSONAL SERVICE**

2        I am a citizen of the United States and employed in the County of San Mateo, State

3  of California, at the law firm of O'Melveny & Myers, located at 2765 Sand Hill Road, Menlo

4  Park, CA  94025.  I work for a member of the bar of this Court, who directed me to serve these

5  documents.  I am over the age of eighteen years and not a party to the within action.  On January

6  25, 2008 I caused the personal service of the following document(s):

7
8  **COMPLAINT FOR (1) MISAPPROPRIATION OF TRADE SECRETS; (2) CLAIM AND DELIVERY; (3)VIOLATION OF COMPUTER FRAUD & ABUSE ACT; (4) STATUTORY**
9  **UNFAIR COMPETITION; (5) CONVERSION (6) BREACH OF CONTRACT AND DECLARATORY RELIEF; (7)**
10  **BREACH OF FIDUCIARY DUTY/DUTY OF LOYALTY; AND (8) MONEY HAD AND RECEIVED**

11

12  **SUMMONS**

13  **CIVIL COVER SHEET**

14  **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

15  **U.S. DISTRICT COURT GUIDELINES**

16
17  **NOTICE OF MOTION FOR EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER**
18  **TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

19  **MOTION FOR EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO**
20  **SHOW CAUSE RE: PRELIMINARY INJUNCTION**

21  **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINITFF RIYA, INC.'S EX PARTE**
22  **APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE:**
23  **PRELIMINARY INJUNCTION**

24  **DECLARATION OF LORI E. ROMLEY IN SUPPORT OF**
25  **PLAINITFF RIYA, INC.'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO**
26  **SHOW CAUSE RE: PRELIMINARY INJUNCTION**

27  **DECLARATION OF MUNJUL SHAH IN SUPPORT OF**
28  **PLAINITFF RIYA, INC.'S EX PARTE APPLICATION FOR**

O'MELVENY & MYERS LLP
ATTORNEYS AT LAW
WASHINGTON

O'MELVENY & MYERS LLP
ATTORNEYS AT LAW
WASHINGTON

1  **TEMPORARY RESTRAINING ORDER AND ORDER TO**
2  **SHOW CAUSE RE: PRELIMINARY INJUNCTION**

3  **DECLARATION OF ANDY MILLER IN SUPPORT OF**
   **PLAINITFF RIYA, INC.'S EX PARTE APPLICATION FOR**
4  **TEMPORARY RESTRAINING ORDER AND ORDER TO**
   **SHOW CAUSE RE: PRELIMINARY INJUNCTION**
5
   **[PROPOSED] ORDER RE: TEMPORARY RESTRAINING**
6  **ORDER AND ORDER TO SHOW CAUSE RE**
   **PRELIMINARY INJUNCTION**
7
8  **NOTICE OF MOTION AND MOTION FOR LIMITED**
   **EXPEDITED DISCOVERY; MEMORANDUM OF POINTS**
9  **AND AUTHORITIES IN SUPPORT THEREOF**

10 **DECLARATION OF LORI E. ROMLEY IN SUPPORT OF**
   **PLAINTIFF'S MOTION FOR LIMITED EXPEDITED**
11 **DISCOVERY**

12 **[PROPOSED] ORDER RE: MOTION FOR LIMITED**
   **EXPEDITED DISCOVERY**
13

14 by requesting that an agent or employee of A&A Legal deliver to the office of the recipient

15 named below, either by handing the document(s) to the recipient or by leaving the document(s)

16 with the receptionist or other person apparently in charge of the recipient's office:

17
18                        Derek A. Eletich
                   Law Office of Derek A. Eletich
19                        155 Forest Avenue
                       Palo Alto, CA 94301-1615
20                    derekeletich@earthlink.net

21      I declare under penalty of perjury under the laws of the United States that the

22 above is true and correct. Executed on January 25, 2008, at Menlo Park, California.

23 SIGNATURE: *Bradley M. Redmond*

24 PRINTED NAME:          Bradley M. Redmond

25 MP1:1012941.1

26
27
28

                                          CERTIFICATE OF PERSONAL SERVICE