1   ERIC J. AMDURSKY (S.B. #180288)
    LORI E. ROMLEY (S.B. #148447)
2   JUSTIN D. WALKER (S.B. #252268)
    O'MELVENY & MYERS LLP
3   2765 Sand Hill Road
    Menlo Park, CA 94025
4   Telephone:    (650) 473-2600
    Facsimile:    (650) 473-2601
5   Email: eamdursky@omm.com
            lromley@omm.com
6           jwalker@omm.com

7   Attorneys for Plaintiff
    RIYA, INC.
8

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13  RIYA, INC., a California Corporation          Case No. 2008-0547 MMC

14              Plaintiff,                        **STIPULATION AND [PROPOSED]
                                                  ORDER RE RESTRICTIONS ON
15      v.                                        DEFENDANT PENDING HEARING
                                                  ON PRELIMINARY INJUNCTION
16  DEBORAH BETH KIRSCH,                          AND SCHEDULE FOR HEARING
               Defendant.                         AND BRIEFING RE ORDER TO
17                                                SHOW CAUSE WHY
                                                  PRELIMINARY INJUNCTION
18                                                SHOULD NOT BE ISSUED**

19

20

21

22

23

24

25

26

27

28

1    This Stipulation is entered into by and between plaintiff Riya, Inc. ("Riya") and defendant

2    Deborah Beth Kirsch ("Kirsch"), through their respective counsel of record and executed by

3    Kirsch.

4

5                                        **STIPULATION**

6

7        **WHEREAS** on January 24, 2008, Riya filed a complaint against Kirsch, alleging claims

8    for Misappropriation of Trade Secrets, Claim and Delivery, Violation of the Computer Fraud and

9    Abuse Act, Statutory Unfair Competition, Conversion, Breach of Contract and Declaratory

10   Relief, Breach of Fiduciary Duty, and Money Had and Received ("Complaint"), as well as an *Ex*

11   *Parte* Application for a Temporary Restraining Order and Order to Show Cause Re Preliminary

12   Injunction against Kirsch ("TRO Application");

13

14       **WHEREAS** Riya alleges that (1) Kirsch misappropriated Riya's confidential and

15   proprietary business and trade secret information at least during the time that she was employed at

16   Riya and provided such information to at least one competitor; (2) Kirsch promised that

17   competitor that when she no longer worked for Riya, she would tell that competitor all that she

18   learned at Riya; (3) Kirsch violated the Computer Fraud and Abuse Act by wrongfully accessing

19   Riya's protected computer system to obtain such information; (4) Riya has met its burden of

20   showing a likelihood of success on the merits of its claims against Kirsch; (5) Kirsch's actions

21   have caused Riya harm; (6) if Kirsch is permitted to continue with these actions unrestrained, she

22   will continue to cause harm to Riya; (7) Kirsch will suffer no harm if a TRO is granted in Riya's

23   favor as Kirsch has no right to possess, use or disclose Riya's confidential and proprietary

24   business and trade secret information, but if the TRO is not granted, Riya will suffer great and

25   irreparable harm; and (8) the TRO that Riya requests is in the public interest;

26

27       **WHEREAS** Kirsch denies the allegations made in the Complaint, and further denies that

28   (1) she has misappropriated Plaintiff's property, including Plaintiff's confidential and proprietary

- 1 -            STIP. AND ORDER RE RESTRICTIONS PENDING
                 OSC HEARING - CASE 2008-0547 MMC

1   business and trade secret information; (2) that Plaintiff has met its burden of demonstrating that it

2   is likely to succeed on the merits of its claims against Defendant; (3) that if Plaintiff is permitted

3   to continue unrestrained, she will likely continue to cause damage and harm to Plaintiff; (4) that

4   Defendant's actions are causing immediate and irreparable injury, loss and damage to Plaintiff;

5   (5) that, in the balance of hardships, the alleged harm to Plaintiff in the absence of a TRO far

6   outweighs the harm Defendant may suffer if a TRO were granted; and (6) that the relief requested

7   by Plaintiff is in the public interest;

8

9       **WHEREAS** on January 25, 2008, the Court held a telephonic hearing on the TRO

10  Application and requested that Riya and Kirsch attempt to agree to a stipulation that would

11  remain in place pending the preliminary injunction hearing, and that Riya and Kirsch must submit

12  such agreed stipulation, or if no agreement can be reached, each party may submit its or her

13  requested stipulation to the Court, at or before January 28, 2008 at 2:00 p.m.;

14

15      **THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that pending the

16  hearing on Riya's motion for preliminary injunction, **KIRSCH SHALL NOT**:

17

18      1.      Misappropriate any of Riya's confidential and proprietary business and

19  trade secret information, including but not limited to disclosing or otherwise using such

20  information as she may have in her possession, custody or control, or any such information that

21  comes into her possession or under her custody or control pending the hearing on the Order to

22  Show Cause Re Preliminary Injunction, whether in electronic, hard-copy, or other form, (a) by

23  citing, quoting, making notes from, or otherwise using this information in the creation of any

24  material, whether written, recorded or otherwise; (b) making any copies of such information,

25  whether electronically or by other means; (c) communicating such information to any person or

26  third party; (d) transferring such information to any other storage media, computer, server,

27  facility, or other tangible or intangible thing where such information might be stored; and (e) or

28  any other means;

1         2.     Retain Riya's confidential and proprietary business and trade secret

2  information and Kirsch must return all such information in her possession, custody and/or control,

3  by February 4, 2008, to Riya, with a sworn statement in which Kirsch declares has returned all of

4  Riya's information, whether in its original form or incorporated into other documents or

5  electronic data, and that identifies all persons and/or entities to which any of that information was

6  disclosed, the exact information disclosed and the date of disclosure, and that provides assurance

7  that Kirsch will not use and/or disclose any Riya confidential and proprietary business and trade

8  secret information, although Kirsch's counsel may retain one copy of the information returned to

9  Riya;

10

11        3.     Contact any current or former employee of Riya for the purpose of

12  wrongfully obtaining Riya's confidential and proprietary business and trade secret information, or

13  take any other steps to wrongfully acquire such information.

14

15        4.     Subject to the Court's approval, the parties agree to the following briefing

16  schedule and hearing date for the Order to Show Cause Re Preliminary Injunction:

17

18        Kirsch will file her Opposition on or before Friday, **February 22, 2008**.

19        Riya will file its Reply on or before Friday, **February 29, 2008**.

20        The hearing on the Order to Show Cause re Preliminary Injunction will be on

21        Friday, **March 7, 2008** at 9:00 a.m. before the Honorable Maxine M. Chesney.

22

23  Dated:  January 28, 2008           DEBORAH BETH KIRSCH

24

25

26             By: _____

                            Deborah Beth Kirsch

27

28

2.      Retain Riya's confidential and proprietary business and trade secret information and Kirsch must return all such information in her possession, custody and/or control, by February 4, 2008, to Riya, with a sworn statement in which Kirsch declares has returned all of Riya's information, whether in its original form or incorporated into other documents or electronic data, and that identifies all persons and/or entities to which any of that information was disclosed, the exact information disclosed and the date of disclosure, and that provides assurance that Kirsch will not use and/or disclose any Riya confidential and proprietary business and trade secret information, although Kirsch's counsel may retain one copy of the information returned to Riya;

3.      Contact any current or former employee of Riya for the purpose of wrongfully obtaining Riya's confidential and proprietary business and trade secret information, or take any other steps to wrongfully acquire such information.

4.      Subject to the Court's approval, the parties agree to the following briefing schedule and hearing date for the Order to Show Cause Re Preliminary Injunction:

Kirsch will file her Opposition on or before Friday, **February 22, 2008**.

Riya will file its Reply on or before Friday, **February 29, 2008**.

The hearing on the Order to Show Cause re Preliminary Injunction will be on Friday, **March 7, 2008** at 9:00 a.m. before the Honorable Maxine M. Chesney.

Dated: January 28, 2008                          DEBORAH BETH KIRSCH

                                        By: Deborah Beth Kirsch

1   APPROVED AS TO FORM:

2   Dated: January 28, 2008                    DEREK A. ELETICH
                                               LAW OFFICE OF DEREK A. ELETICH
3

4                                              By:
5                                                   Derek A. Eletich
                                               Attorneys for Defendant
6                                              DEBORAH BETH KIRSCH

7   Dated: January 28, 2008                    ERIC J. AMDURSKY
                                               LORI E. ROMLEY
8                                              JUSTIN D. WALKER
                                               O'MELVENY & MYERS LLP
9

10
                                               By:
11                                                  Lori E. Romley
                                               Attorneys for Plaintiff
12                                             RIYA, INC.

13

14                              **ORDER**

15          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16          Pending the hearing on the Order to Show Cause re: Preliminary Injunction, Kirsch must

17   abide by the terms of the attached Stipulation.

18          Kirsch must file any opposition to the Order to Show Cause re: Preliminary Injunction on

19   or before February 22, 2008, and Riya may file any reply thereto on or before February 29, 2008.

20   The hearing on the Order to Show Cause re: Preliminary Injunction shall be on Friday, March 7,

21   2008 at 9:00 a.m. in Courtroom 7 at the above-captioned Court.

22

23

24   DATED: _____, 2008

25

26                                             _____
27                                             The Honorable Maxine M. Chesney
                                               United States District Judge
28   MP1 1013101.3

                                          - 4 -    STIP. AND ORDER RE RESTRICTIONS PENDING
                                                   OSC HEARING - CASE 2008-0547 MMC

1  APPROVED AS TO FORM:

2  Dated: January 28, 2008                    DEREK A. ELETICH
                                              LAW OFFICE OF DEREK A. ELETICH
3

4
                                              By: _____
5                                                       Derek A. Eletich
                                              Attorneys for Defendant
6                                             DEBORAH BETH KIRSCH

7  Dated: January 28, 2008                    ERIC J. AMDURSKY
                                              LORI E. ROMLEY
8                                             JUSTIN D. WALKER
                                              O'MELVENY & MYERS LLP
9

10
                                              By: _____/s/_____
11                                                      Lori E. Romley
                                              Attorneys for Plaintiff
12                                            RIYA, INC.

13

14                          **ORDER**

15       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16       Pending the hearing on the Order to Show Cause re: Preliminary Injunction, Kirsch must

17  abide by the terms of the attached Stipulation.

18       Kirsch must file any opposition to the Order to Show Cause re: Preliminary Injunction on

19  or before February 22, 2008, and Riya may file any reply thereto on or before February 29, 2008.

20  The hearing on the Order to Show Cause re: Preliminary Injunction shall be on Friday, March 7,

21  2008 at 9:00 a.m. in Courtroom 7 at the above-captioned Court.

22

23

24  DATED: _____, 2008

25

26                                            _____
27                                            The Honorable Maxine M. Chesney
                                              United States District Judge
28  MP1:1013101.3

                                  - 4 -     STIP. AND ORDER RE RESTRICTIONS PENDING
                                            OSC HEARING - CASE 2008-0547 MMC