**CIVIL MINUTES**

Judge **MAXINE M. CHESNEY**

Date: JAN 2 5 2008

C-08-0547-MMC

RIYA, INC.   v   DEBORAH BETH KIRSCH

Attorneys: Lori Romley   Derek Eletich

Deputy Clerk: **TRACY LUCERO**   Reporter: Joan Columbini

E-Filing

**PROCEEDINGS:**   **RULING:**

1. Conference call re: π's application for TRO   ✱
2. π's motion for Expedited Discovery   granted in part / denied w/o prejudice
3. _____
4. _____

( ) Status Conference   ( ) P/T Conference   ( ) Case Management Conference

**ORDERED AFTER HEARING:**

✱ Parties to submit stipulation & proposed order (to include preliminary injunction briefing schedule) by 1/28/08 @ 2:00 pm. Both sides are entitled to begin formal Discovery forthwith.

( ) ORDER TO BE PREPARED BY:   Plntf____ Deft____ Court____

( ) Referred to Magistrate For: _____
      ( ) By Court
( ) CASE CONTINUED TO _____ for _____

Discovery Cut-Off _____ Expert Discovery Cut-Off _____

Plntf to Name Experts by _____ Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for ___ days
                  Type of Trial: ( ) Jury  ( ) Court
Notes: _____

(42 min)