| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>**O'MELVENY & MYERS LLP**<br>2765 SAND HILL ROAD<br>Menlo Park, CA 94025<br>*Telephone No:* 650-473-2600      *FAX No:* 650-473-2601 | | | | *For Court Use Only* |

*Attorney for:* Plaintiff

*Ref. No. or File No.:*
OMM0023670

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court, Northern District Of California, San Francisco Division

*Plaintiff:* RIYA, INC., A CALIFORNIA CORPORATION
*Defendant:* DEBORAH BETH KIRSCH

| **PROOF OF SERVICE<br>SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2008-0547 MMC |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference And Adr Deadlines; U.S. District Court Guidelines; Notice Of Motion For Ex Parte Application; Motion For Ex Parte Application; Memorandum Of Points And Authorities In Support; Declaration Of Lori E. Romley In Support; Declaration Of Munjul Shah In Support; Temporary Restraining Order; Declaration Of Andy Miller In Support; [Proposed] Order; Notice Of Motion And Motion; Declaration Of Lori E. Romley In Support; [Proposed] Order

3. a. *Party served:* 

   DEBORAH BETH KIRSCH, BY SERVING DEREK A. ELETICH, ESQ., BY LEAVING WITH ESTHER LEE, AUTHORIZED TO ACCEPT

4. *Address where the party was served:*

   155 FOREST AVENUE
   PALO ALTO, CA 94301

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jan. 25, 2008 (2) at: 12:45PM

7. *Person Who Served Papers:*
   a. ROBERTA J. ANDERSON

   **★ A & A LEGAL SERVICE ★**

   1541 Bayshore Hwy.          GENERAL@AALEGALSERVICE.COM
   Burlingame, CA 94010-1602       **Fax (650) 697-4640**
   **(650) 697-9431**

Recoverable Cost Per CCP 1033.5(a)(4)(B)

   d. **The Fee for** *Service was:*

   e. I am: (3) registered California process server
      *(i)*  Owner
      *(ii)  Registration No.:*      603
      *(iii) County:*          San Francisco

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Tue, Jan. 29, 2008

**PROOF OF SERVICE**
**SUMMONS IN A CIVIL**

(ROBERTA J. ANDERSON)

4732600.43522

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007