```
 1  ERIC J. AMDURSKY (S.B. #180288)
    LORI E. ROMLEY (S.B. #148447)
 2  JUSTIN D. WALKER (S.B. #252268)
    O'MELVENY & MYERS LLP
 3  2765 Sand Hill Road
    Menlo Park, CA 94025
 4  Telephone:    (650) 473-2600
    Facsimile:    (650) 473-2601
 5  Email: eamdursky@omm.com
           lromley@omm.com
 6         jwalker@omm.com

 7  Attorneys for Plaintiff
    RIYA, INC.
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RIYA, INC., a California Corporation | Case No. C 08-0547 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE REVISED SCHEDULE FOR HEARING AND BRIEFING RE ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED** |
| v. | |
| DEBORAH BETH KIRSCH, Defendant. | |

1  This Stipulation is entered into by and between plaintiff Riya, Inc. ("Riya") and defendant
2  Deborah Beth Kirsch ("Kirsch"), through their respective counsel of record (collectively, Riya
3  and Kirsch are the "Parties").

## STIPULATION

**WHEREAS** on January 28, 2008, this Court entered an Order on the Parties' stipulation setting the briefing schedule and hearing date for the Order to Show Cause Re Preliminary Injunction against Kirsch ("OSC Hearing") as follows: Kirsch's opposition is due on February 22, 2008; Riya's reply is due on February 29, 2008; and OSC Hearing on March 14, 2008 at 9:00 a.m. in Courtroom 7;

**WHEREAS** the Parties agree that they need additional time to conduct discovery before preparing their respective briefs and for the OSC Hearing;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that subject to the Court's approval, the briefing schedule and hearing date for the OSC Hearing shall be:

Kirsch will file her Opposition on or before Friday, **February 29, 2008**.

Riya will file its Reply on or before Friday, **March 7, 2008**.

The hearing on the Order to Show Cause re Preliminary Injunction will be on Friday, **March 21, 2008** at 9:00 a.m. in Courtroom 7.

Dated: February 8, 2008

DEREK A. ELETICH
LAW OFFICE OF DEREK A. ELETICH


By:   /s/ Derek A. Eletich
        Derek A. Eletich
Attorneys for Defendant
DEBORAH BETH KIRSCH

Dated: February 8, 2008

ERIC J. AMDURSKY
LORI E. ROMLEY
JUSTIN D. WALKER
O'MELVENY & MYERS LLP


By:   /s/ Lori E. Romley
        Lori E. Romley
Attorneys for Plaintiff
RIYA, INC.

## ATTESTATION OF LORI E. ROMLEY

I, Lori E. Romley, am the ECF user whose identification and password are being used to file this Stipulation And [Proposed] Order Re Revised Schedule For Hearing And Briefing Re Order To Show Cause Why Preliminary Injunction Should Not Be Issued. In compliance with General Order 45.X.B., I hereby attest that Derek A. Eletich has concurred in this filing.

Dated: February 8, 2008

/s/ Lori E. Romley
Lori E. Romley

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Kirsch must file any opposition to the Order to Show Cause re: Preliminary Injunction filed against her on or before February 29, 2008, and Riya may file any reply thereto on or before March 7, 2008. The hearing on the Order to Show Cause re: Preliminary Injunction shall be on Friday, March 21, 2008 at 9:00 a.m. in Courtroom 7 at the above-captioned Court.

DATED: _____February 11_____, 2008

_____
The Honorable Maxine M. Chesney
United States District Judge

MP1:1014078.2