1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11

12   RIYA, INC., a California Corporation        Case No. **C 08-0547 MMC**

13                        Plaintiff,             **[PROPOSED] ORDER GRANTING
                                                 PLAINTIFF'S APPLICATION FOR AN
14        v.                                     ORDER SHORTENING TIME FOR
                                                 HEARING RIYA'S MOTION TO COMPEL**
15   DEBORAH BETH KIRSCH,

16                        Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Having considered plaintiff Riya, Inc.'s Application For An Order Shortening Time For Hearing Riya's Motion To Compel, and finding **GOOD CAUSE**,

**IT IS HEREBY ORDERED:**

Pursuant to Civil Local Rule 6-3, plaintiff's Application For An Order Shortening Time For Hearing Riya's Motion To Compel is **GRANTED** and the briefing and hearing schedule shall be as follows:

1.  The Court shall hear that Motion to Compel **telephonically** on **February 15, 2008**.

2.  The defendant shall file and serve any opposition on or before noon on **February 14, 2008**.

Dated: _____

_____
The Honorable Maxine M. Chesney
United States District Judge

MP1:1014173.1

ORDER GRANTING APPLICATION TO
SHORTEN TIME – CASE NO. C 08-0547
MMC