1  ERIC J. AMDURSKY (S.B. #180288)
   LORI E. ROMLEY (S.B. #148447)
2  JUSTIN D. WALKER (S.B. #252268)
   O'MELVENY & MYERS LLP
3  2765 Sand Hill Road
   Menlo Park, CA 94025
4  Telephone:   (650) 473-2600
   Facsimile:   (650) 473-2601
5  Email: eamdursky@omm.com
          lromley@omm.com
6         jwalker@omm.com

7  Attorneys for Plaintiff
   RIYA, INC.
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RIYA, INC., a California Corporation<br><br>    Plaintiff,<br><br>v.<br><br>DEBORAH BETH KIRSCH,<br><br>    Defendant. | Case No. **C 08-0547 MMC**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS RELATING TO PLAINTIFF'S MOTION TO COMPEL DEFENDANT KIRSCH TO EXECUTE CONSENT TO RELEASE HER YAHOO! USER ACCOUNT DATA** |

# NOTICE OF MOTION AND ADMINISTRATIVE MOTION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**YOU ARE HEREBY GIVEN NOTICE** that Riya Inc. ("Riya") hereby moves for an order to file under seal the entirety of the Declaration Of David Lewis And 77Blue, LLC and attachments thereto ("Lewis Declaration"), attached as Exhibit A to the Declaration of Lori E. Romley In Support Of Plaintiff Riya, Inc.'s Motion To Compel Defendant Kirsch To Execute Consent to Release Her Yahoo! User Account Data ("Romley Motion to Compel Declaration"); the entirety of paragraph 4 of the Romley Motion to Compel Declaration; and those portions of Riya's Memorandum of Points and Authorities filed in support of its motion to compel that discuss the Lewis Declaration.

This Motion for Leave to File Under Seal is supported by the Declaration of Lori E. Romley in support of Riya's motion for leave to file under seal ("Romley Seal Declaration") and the Declaration of Munjal Shah in support of Riya's motion to compel ("Shah Declaration"), both filed herewith, the Stipulated Protective Order, filed January 31, 2008, the pleadings and records in this matter, all evidence that is properly brought before the Court at or before the hearing on this motion, and any oral argument of counsel that may be presented to the Court at the time of the hearing.

Good cause and compelling reasons exist to seal the Lewis Declaration in its entirety, which is filed in support of Riya's motion to compel. This Court entered a Protective Order in this action, which requires the parties to file under seal information that is subject to a confidentiality designation. (Stipulated Protective Order, filed January 31, 2008, ¶ 10.)

Riya has designated the Lewis Declaration as Confidential under the Protective Order for two reasons. First, it contains Riya's confidential and proprietary business and trade secret information as defined by California Civil Code section 3426.1(d). (Romley Seal Declaration ¶ 3.) Critically, disclosure of the confidential and proprietary business and trade secret information contained in the Lewis Declaration relating to Riya's key word selections could cause Riya millions of dollars in damages. (Shah Declaration ¶ 3.) The proper selection of key words determines the amount of revenue and profit that Riya will generate. This information is essential

1  to Riya's competitive advantage, and the disclosure of which could effectively eliminate Riya's
2  ability to capitalize on its unique products and business model.  (*Id.* ¶ 4.)  Furthermore, the Lewis
3  Declaration is subject to a confidentiality provision that prohibits Riya from disclosing the terms
4  and provisions of the declaration.  (Romley Seal Decl. ¶ 3.)

5  The United States Supreme Court has recognized that "sources of business information
6  that might harm a litigant's competitive standing" are appropriately sealed from public access.
7  *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978).  Accordingly, this motion is made on
8  the grounds that the Lewis Declaration is subject to a confidentiality provision and contains
9  information that constitutes trade secret information.

10  For the same reasons detailed above, good cause and compelling reasons exist to seal
11  paragraph 4 of the Romley Motion to Compel Declaration and the portions of Riya's
12  Memorandum of Points and Authorities filed in support of its motion to compel that disclose
13  information derived from the Lewis Declaration.  Riya has limited its reference to the Lewis
14  Declaration, and only seeks to file under seal those portions of its papers that would disclose the
15  contents of the Lewis Declaration.

16  For these reasons, Riya respectfully requests that the Court grant this motion and order that
17  the following be filed under seal: (1) the entirety of the Lewis Declaration, attached as Exhibit A
18  to the Romley Declaration; (2) the entirety of paragraph 4 of the Romley Motion to Compel
19  Declaration; and (3) those portions of Riya's Memorandum of Points and Authorities filed in
20  support of its motion to compel that discuss the Lewis Declaration.

Dated: February 13, 2008                Respectfully Submitted,

ERIC J. AMDURSKY
LORI E. ROMLEY
JUSTIN D. WALKER
O'MELVENY & MYERS LLP


By:_____/s/_____
        Lori E. Romley

Attorneys for Plaintiff
RIYA, INC.

MP1:1013831.2

O'MELVENY & MYERS LLP
ATTORNEYS AT LAW
MENLO PARK

3     MOTION TO FILE UNDER SEAL
CASE NO. C 08-0547 MMC

1  ERIC J. AMDURSKY (S.B. #180288)
   LORI E. ROMLEY (S.B. #148447)
2  JUSTIN D. WALKER (S.B. #252268)
   O'MELVENY & MYERS LLP
3  2765 Sand Hill Road
   Menlo Park, CA 94025
4  Telephone:   (650) 473-2600
   Facsimile:   (650) 473-2601
5  Email: eamdursky@omm.com
          lromley@omm.com
6         jwalker@omm.com

7  Attorneys for Plaintiff
   RIYA, INC.
8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11                **SAN FRANCISCO DIVISION**

12

13  RIYA, INC., a California Corporation,    | Case No. **C 08-0547 MMC**
14              Plaintiff,                   | **DECLARATION OF LORI E. ROMLEY IN SUPPORT OF PLAINTIFF'S**
15       v.                                  | **ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS**
16  DEBORAH BETH KIRSCH,                     | **RELATING TO PLAINTIFF'S MOTION TO COMPEL DEFENDANT KIRSCH TO**
17              Defendant.                   | **EXECUTE CONSENT TO RELEASE HER YAHOO! USER ACCOUNT DATA**

## DECLARATION OF LORI E. ROMLEY

I, Lori E. Romley, hereby declare as follows:

1. I have personal knowledge of the matters recited herein and if called to do so, could and would competently testify thereto.

2. I am a Counsel at the law firm of O'Melveny & Myers LLP, and an attorney licensed to practice before all courts of the State of California and the United States District Court for the Northern District of California. I am an attorney of record for plaintiff Riya, Inc. ("Riya") and I provide this declaration in support of Plaintiff's Administrative Motion For Leave To File Under Seal Documents Relating To Plaintiff's Motion To Compel Defendant Kirsch To Execute Consent To Release Her Yahoo! User Account Data ("Application").

3. Plaintiff's Application seeks to file under seal the entirety of the Declaration Of David Lewis And 77Blue, LLC and attachments thereto ("Lewis Declaration"), attached as Exhibit A to the Declaration of Lori E. Romley In Support Of Plaintiff Riya, Inc.'s Motion To Compel Defendant Kirsch To Execute Consent to Release Her Yahoo! User Account Data ("Romley Motion to Compel Declaration"); paragraph 4 of the Romley Motion to Compel Declaration; and portions of Riya's Memorandum of Points and Authorities filed in support of its motion to compel ("Memorandum"). The Lewis Declaration is subject to a confidentiality provision, which requires Riya to maintain as confidential the terms and provisions of that declaration, and it contains Riya's confidential and proprietary business and trade secret information as defined by California Civil Code section 3426.1(d), and is referenced in paragraph 4 of the Romley Motion to Compel Declaration and in limited portions of the Memorandum.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 13, 2008 at Menlo Park, California.

/s/
Lori E. Romley

MP1:1013833.1

O'MELVENY & MYERS LLP
ATTORNEYS AT LAW
MENLO PARK

- 1 -    ROMLEY DECL. ISO MOTION TO FILE UNDER SEAL -- CASE NO. C 08-0547 MMC