1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RIYA, INC., a California Corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>DEBORAH BETH KIRSCH,<br><br>                Defendant. | Case No. **C 08-0547 MMC**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS RELATING TO PLAINTIFF'S MOTION TO COMPEL DEFENDANT KIRSCH TO EXECUTE CONSENT TO RELEASE HER YAHOO! USER ACCOUNT DATA** |

**[PROPOSED] ORDER**

Having considered plaintiff Riya, Inc.'s Administrative Motion for Leave to File Under Seal Pursuant to Local Rule 79-5, and finding **GOOD CAUSE**,

**IT IS HEREBY ORDERED:**

Pursuant to Civil Local Rule 79-5, Plaintiff's Administrative Motion for Leave to File Under Seal Documents Relating To Plaintiff's Motion To Compel Defendant Kirsch To Execute consent To Release Her Yahoo! User Account Data is **GRANTED** and the following shall be filed under seal:

1. The entirety of the Declaration Of David Lewis And 77Blue, LLC and attachments thereto ("Lewis Declaration"), attached as Exhibit A to the Declaration of Lori E. Romley In Support Of Plaintiff Riya, Inc.'s Motion To Compel Defendant Kirsch To Execute Consent to Release Her Yahoo! User Account Data;

2. The entirety of paragraph 4 of the Declaration of Lori E. Romley In Support Of Plaintiff Riya, Inc.'s Motion To Compel Defendant Kirsch To Execute Consent to Release Her Yahoo! User Account Data; and

3. Those portions of Riya's Memorandum of Points and Authorities filed in support of its motion to compel that discuss the contents the Lewis Declaration.

Dated: _____

_____
The Honorable Maxine M. Chesney
United States District Judge

MP1:1013832.3