1  ERIC J. AMDURSKY (S.B. #180288)
   LORI E. ROMLEY (S.B. #148447)
2  JUSTIN D. WALKER (S.B. #252268)
   O'MELVENY & MYERS LLP
3  2765 Sand Hill Road
   Menlo Park, CA 94025
4  Telephone:   (650) 473-2600
   Facsimile:    (650) 473-2601
5  Email: eamdursky@omm.com
          lromley@omm.com
6         jwalker@omm.com

7  Attorneys for Plaintiff
   RIYA, INC.

O'MELVENY & MYERS LLP
ATTORNEYS AT LAW
MENLO PARK

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RIYA, INC., a California Corporation,<br><br>             Plaintiff,<br><br>       v.<br><br>DEBORAH BETH KIRSCH,<br><br>             Defendant. | Case No. **C 08-0547 MMC**<br><br>**DECLARATION OF MUNJAL SHAH IN SUPPORT OF PLAINTIFF RIYA, INC.'S MOTION TO COMPEL DEFENDANT KIRSCH TO EXECUTE CONSENT TO RELEASE HER YAHOO! USER ACCOUNT DATA**<br><br>Date:          March 21, 2007<br>Time:         9:00 a.m.<br>Courtroom:  7 |

SHAH DECL. ISO MOTION TO COMPEL
CONSENT TO RELEASE
CASE NO. C 08-0547 MMC

## DECLARATION OF MUNJAL SHAH

I, Munjal Shah, hereby declare as follows:

1. I have personal knowledge of the matters recited herein and if called to do so, could and would competently testify thereto.

2. I am the Chief Executive Officer and Co-Founder of Riya, Inc. ("Riya"). I have held this position since Riya's inception in August 2004 and am authorized to make this declaration on Riya's behalf.

3. Riya maintains highly confidential and trade secret "key word" lists, along with detailed performance metrics for those keywords, all of which are the result of Riya's extensive research and great cost. These lists contain the words that Riya will bid on at auction to use on its website and they generate the majority of Riya's annual revenue. If a competitor has knowledge of these words, Riya may suffer more than one million dollars in damage. Further, if a competitor knows on which words Riya will bid, that competitor can drive up the prices for those words, requiring Riya to purchase the words at artificially inflated prices. Riya considered and treats these key word lists as trade secret information, takes precautions to maintain the secrecy of the words, and does not disclose them to third parties.

4. The "key word" lists and accompanying performance metrics also reveal in part Riya's successful business model, as they disclose Riya's bidding strategies.

5. If the "key word" lists and accompanying performance metrics were known to competitors, it could diminish the value of the company by millions of dollars. Riya is unaware currently of how many individuals, entities or competitors Kirsch has sent Riya Confidential Information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 13, 2008 at Menlo Park, California.

/s/ Munjal Shah
Munjal Shah

- 1 -

SHAH DECL. ISO MOTION TO COMPEL
CONSENT TO RELEASE
CASE NO. C 08-0547 MMC

MP1:1014052.2

### **ATTESTATION OF LORI E. ROMLEY**

I, Lori E. Romley, am the ECF user whose identification and password are being used to file this Declaration of Munjal Shah In Support Of Plaintiff Riya, Inc.'s Motion to Compel Defendant Kirsch To Execute Consent to Release Her Yahoo! User Account Data. In compliance with General Order 45.X.B., I hereby attest that Munjal Shah has concurred in this filing and I have on file his holograph signature for this efiled document.

Dated: February 13, 2008

                                                  /s/ Lori E. Romley
                                                Lori E. Romley