1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RIYA, INC., a California Corporation, | Case No. **C 08-0547 MMC** |
| Plaintiff, | **[PROPOSED] ORDER RE: PLAINTIFF RIYA, INC.'S MOTION TO COMPEL DEFENDANT KIRSCH TO EXECUTE CONSENT TO RELEASE HER YAHOO! USER ACCOUNT DATA** |
| v. | |
| DEBORAH BETH KIRSCH, | |
| Defendant. | Date:         March 21, 2007<br>Time:         9:00 a.m.<br>Courtroom:  7 |

ORDER RE: MOTION TO COMPEL
CASE NO. C 08-0547 MMC

**[PROPOSED] ORDER**

Plaintiff Riya, Inc. ("Riya") having moved to compel discovery on shortened time, and **GOOD CAUSE** for such discovery having been shown,

**IT IS HEREBY ORDERED THAT**:

1. Defendant Deborah Beth Kirsch shall immediately execute the "Consent to Release" form attached to Riya's Motion to Compel as Exhibit A, and any other documents necessary to permit Yahoo! to release the contents of her personal email user account, **bkirsch2000@yahoo.com.**; and

2. If Kirsch and her counsel elect to review the Yahoo! production materials before sending them to Riya, they may only remove those materials that are irrelevant to the subject matter of this litigation or that are subject to a privilege claim, and Kirsch shall create a log of all removed materials and Kirsch shall provide the remaining production and log to Riya within three days of receipt of the production from Yahoo!.

**IT IS SO ORDERED.**

Dated: February _____, 2008

By:_____
The Honorable Maxine M. Chesney
United States District Court Judge

MP1:1013793.1