1  ERIC J. AMDURSKY (S.B. #180288)
   LORI E. ROMLEY (S.B. #148447)
2  JUSTIN D. WALKER (S.B. #252268)
   O'MELVENY & MYERS LLP
3  2765 Sand Hill Roda
   Menlo Park, California 94025
4  Telephone:  (650) 473-2600
   Fax:  (650) 473-2600
5  Email: eamdursky@omm.com
          lromley@omm.com
6         jwalker@omm.com

7  Attorneys for Plaintiff
   RIYA, INC.
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13 | RIYA, INC., a California Corporation, | Case No. C 08-0547 MMC
14 |                Plaintiff,              | **PROOF OF MANUAL FILING**
15 |        v.                              |
16 | DEBORAH BETH KIRSCH,                   |
17 |                Defendant.              |

**PROOF OF MANUAL FILING**

I am a citizen of the United States and employed in the County of San Mateo, State of California, at the law firm O'Melveny & Myers, located at 2765 Sand Hill Road, Menlo Park, CA 94025. I work for a member of the bar of this Court, who directed me to serve these documents. I am over the age of eighteen years and not a party to the within action. On February 13, 2008 I cause the service of the following documents:

**[UNDER SEAL] PLAINTIFF RIYA, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT KIRSCH TO EXECUTE CONSENT TO RELEASE HER YAHOO! USER ACCOUNT DATA; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**[UNDER SEAL] DECLARATION OF LORI E. ROMLEY IN SUPPORT OF PLAINTIFF RIYA, INC.'S MOTION TO COMPEL DEFENDANT KIRSCH TO EXECUTE CONSENT TO RELEASE HER YAHOO! USER ACCOUNT DATA**

by requesting that an agent or employee of A&A Legal deliver to the office of the recipient named below, either by handing the document(s) to the recipient or by leaving the document(s) with the receptionist or other person apparently in charge of the recipient's office:

Derek A. Eletich
Law Office of Derek A. Eletich
155 Forest Avenue
Palo Alto, CA 9430 1-1 61 5
derekeletich@earthlink.net

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on February 13, 2008, at Menlo Park, California.

SIGNATURE: *Bradley M. Redmond*

PRINTED NAME:    BRADLEY M. REDMOND

MP1:1014224.1

PROOF OF MANUAL FILING
CASE NO. C 08-0547 MMC