DEREK A. ELETICH, CAL. BAR NO. 193393
derek@eletichlaw.com
KYMBERLEIGH N. KORPUS, CAL. BAR NO. 217459
kymberleigh@eletichlaw.com
LAW OFFICE OF DEREK A. ELETICH
155 Forest Avenue
Palo Alto, CA 94301
Telephone:    (650) 543-5477
Facsimile:    (650) 429-2028

Attorneys for Defendant
DEBORAH BETH KIRSCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| RIYA, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEBORAH BETH KIRSCH, <br><br> Defendant. | Case No. CV 08 0547 MMC <br><br> **DECLARATION OF DEREK A. ELETICH IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO EXECUTE CONSENT TO RELEASE HER YAHOO! EMAILS** |

I, Derek A. Eletich, declare as follows:

1. I am an attorney duly admitted to practice before this Court, and am one of the attorneys of record for Defendant. I make this declaration in support of Defendant's opposition to Plaintiff's *Ex Parte* Application for Order Shortening Time for Hearing on Plaintiff's Motion to Compel Defendant to Execute Consent to Release Her Yahoo! Emails (the "Application"). I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. On January 25, 2008, Plaintiff served its Request for Production of Documents and Things and Inspection Demand to Defendant (the "Request"), a true and correct copy of which is attached as Exhibit A to the Declaration of Lori E. Romley in Support of

Plaintiff Riya, Inc.'s Motion to Compel Defendant Kirsch to Execute Consent to Release Her Yahoo! User Account Data (the "Motion"). Request for Production No. 13 in the Request demanded that Defendant "[e]xecute the attached Consent to Release Information (Exhibit A hereto)."

3. On January 30, 2008, I e-mailed Lori E. Romley, one of Plaintiff's attorneys of record, and agreed to serve Defendant's written response to the Request and produce documents thereto on Friday, February 15, 2008. That is the same day Plaintiff is demanding a hearing on shortened time for its Motion. On February 5, 2008, Ms. Romley confirmed Plaintiff's agreement to that date in an e-mail. True and correct copies of those e-mails are attached hereto as Exhibit A.

4. On February 11, 2008, Ms. Romley and I e-mailed regarding Plaintiff's demand that Defendant consent to Yahoo! producing all e-mails from Defendant's account to Plaintiff. A true and correct copy of that e-mail chain is attached hereto as Exhibit B. There are six (6) e-mails in that e-mail chain culminating in a 9:59 a.m e-mail from me to Ms. Romley. Ms. Romley did not respond to that final e-mail in the e-mail chain. Moreover, Ms. Romley only attached the first two (2) e-mails from this e-mail chain as Exhibit B to her declaration in support of the Motion. Ms. Romley did not attach the remaining six (6) e-mails, which I am now providing to the Court to provide context to the meet and confer that occurred prior to Plaintiff filing its Application and Motion.

5. My associate, Kymberleigh N. Korpus, and I, are completing our review of all of the Yahoo! e-mails from Defendant's bkirsch2000@yahoo.com account, and will produce all relevant, responsive and non-privileged e-mails from that account to Plaintiff on February 15, 2008 as agreed between the parties.

6. Defendant already produced the two e-mails to David Lewis containing Yahoo! and Google search key words on February 11, 2008. Along with those e-mails, Defendant served a Certification re Plaintiff's Information, a true and correct copy of which is

2

DECLARATION OF DEREK A. ELETICH IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO EXECUTE CONSENT TO RELEASE HER YAHOO! EMAILS

Case No. CV 08 0547 MMC

attached as Exhibit A to the Application, stating, *inter alia,* that these are the only two (2) e-mails containing Plaintiff's information that she sent to a "non-Riya person and/or entity."

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on February 13, 2008, at Palo Alto, California.

/s/ Derek A. Eletich
_____
DEREK A. ELETICH

DECLARATION OF DEREK A. ELETICH IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO EXECUTE CONSENT TO RELEASE HER YAHOO! EMAILS

Case No. CV 08 0547 MMC

**Kymberleigh N. Korpus**

**Subject:** Request for Production of Documents and Things and Inspection Demand to Defendant Deborah Beth Kirsch; and Attached Consent to Release Email Account Information

---

**From:** Derek A. Eletich [mailto:derek@eletichlaw.com]
**Sent:** Wednesday, January 30, 2008 10:09 AM
**To:** 'Romley, Lori'
**Subject:** RE: Request for Production of Documents and Things and Inspection Demand to Defendant Deborah Beth Kirsch; and Attached Consent to Release Email Account Information

In the Stipulation, Kirsch agreed to return "all of Riya's information." Riya's document requests demand production of documents other than those containing Riya's information. For example, Riya demands communications with third parties regarding Riya, merchant accounts, telephone bills, etc. Riya's request is for documents in addition to those containing Riya's information. We are currently gathering Kirsch's and reviewing them to determine which, if any, documents contain "Riya's information." That will take some time, and that is why Kirsch asked to have until next Monday to produce such documents. Riya's document request is much broader, and we will require more time to review documents for responsiveness and prepare the production. Kirsch can serve a response to Riya's request and produce documents on February 15th. We are already hard pressed to gather, review and return documents containing "all of Riya's information" by next Monday, and will need until February 15th to serve a response to Riya's request and produce documents.

I represented to the Court that Kirsch did not have any of the confidential, trade secret information and documents Riya's claims she does.

We will serve discovery requests either today and tomorrow, and want to discuss expedited responses and production thereto after you have had a chance to review what we serve.

Finally, a preliminary injunction will not give Riya any greater protection than the stipulation does, and Riya's claim to need this other information before they agree to Kirsch's proposal regarding the preliminary injunction is disingenuous at best. Moreover, the preliminary injunction would be against Kirsch not other people, so Riya cannot get anything more from a preliminary injunction in terms of restricting them because they are not in front of the Court.

I remain willing to telephonically meet and confer with you on any of these issues. Please call me if you want to discuss.

DAE

Derek A. Eletich
Law Office of Derek A. Eletich
155 Forest Avenue
Palo Alto, CA 94301-1615
(T)   (650) 543-5477
(F)   (650) 429-2028

The contents of this e-mail, including any attachments, are intended solely for the use of the person or entity to whom the e-mail was addressed. It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient of this message, be advised that any dissemination, distribution, or use

of the contents of this message is strictly prohibited.  If you received this e-mail message in error, please contact the sender by reply e-mail.  Please also permanently delete all copies of the original e-mail and any attached documentation.  Thank you.

**Kymberleigh N. Korpus**

| | |
|---|---|
| **From:** | Romley, Lori [LRomley@OMM.com] |
| **Sent:** | Tuesday, February 05, 2008 11:23 AM |
| **To:** | derek@eletichlaw.com |
| **Subject:** | Riya v. Kirsch |

Derek,

This confirms our conversations yesterday and today regarding a discovery schedule for Riya v. Kirsch.  My understanding is that we have agreed to the below.  If your understanding differs from mine in any way, please let me know immediately.

2/15 - Kirsch will serve her responses and production of documents responsive to Riya's document requests
2/19 - Riya will depose Kirsch, beginning at 10:00 a.m., at O'Melveny's Silicon Valley office.  Please let me know if you require a further amended notice.

The parties will agree to limit their deposition time before the preliminary injunction hearing to a maximum of 14 hours per side, with a maximum of 7 hours for any one individual. The time used in these depositions will count toward the total time permitted for a deposition under the Federal Rules, with each side reserving its right to seek additional time from the Court as permitted in the Federal Rules, if warranted and necessary.  To date, Riya has noticed Kirsch's deposition and reserves the right to notice additional depositions as may be necessary and Kirsch will notice the depositions of Mr. Shah, Mr. Khan, Mr. Osborne and Mr. Gukturk.

Kirsch has agreed that Riya need only respond and produce documents responsive to the following requests that she served: 1, 8-14, 18, 20 and 21-59.  As we discussed, Riya has full rights to object to those categories as is appropriate.  The remaining requests are being withdrawn, without prejudice to Kirsch re-serving them at a later time in the litigation.

Riya will let Kirsch know when it can produce its responsive documents and understands that it needs to make that production three days before Kirsch begins her depositions.  At this point, both sides anticipate that Kirsch will take her depositions between Feb. 20 and 26.

We will ask the court to move the preliminary injunction briefing and hearing schedule out by one week. The opposition brief will be due on Feb. 29, the reply on March 7, and the hearing will take place on March 21 (with court approval).

Thanks,
Lori Romley.

_____

Lori E. Romley
O'Melveny & Myers LLP
2765 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 473-2685
Facsimile: (650) 473-2601
E-mail: lromley@omm.com

-------------------------------

This e-mail message and any files transmitted with it are subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this e-mail message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy.  Thank you.

2

**Derek A. Eletich**

**From:** Derek A. Eletich [derek@eletichlaw.com]
**Sent:** Monday, February 11, 2008 9:59 AM
**To:** 'Romley, Lori'
**Subject:** RE: Riya v. Kirsch

There is no need. We will produce all relevant, non-privileged responsive e-mails.

Frankly, Lori, this whole thing insinuates that you think we will not produce everything we should on Friday. In every case, the parties rely on their counsel and opposing counsel to fulfill their ethical obligations with respect to discovery. I hope that you will produce all relevant, non-responsive documents in response to Kirsch's document requests and not destroy or withhold documents because they contain potentially damaging information. I can assure you that we will produce all relevant, non-privileged documents to you on Friday and that we will not destroy or withhold documents because they contain potentially damaging information.

DAE

Derek A. Eletich
Law Office of Derek A. Eletich
155 Forest Avenue
Palo Alto, CA 94301-1615
(T)    (650) 543-5477
(F)    (650) 429-2028

The contents of this e-mail, including any attachments, are intended solely for the use of the person or entity to whom the e-mail was addressed. It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient of this message, be advised that any dissemination, distribution, or use of the contents of this message is strictly prohibited. If you received this e-mail message in error, please contact the sender by reply e-mail. Please also permanently delete all copies of the original e-mail and any attached documentation. Thank you.

**From:** Romley, Lori [mailto:LRomley@OMM.com]
**Sent:** Monday, February 11, 2008 9:50 AM
**To:** derek@eletichlaw.com
**Subject:** RE: Riya v. Kirsch

Derek,

We have proposed on multiple occasions that you and your client may review the Yahoo! production *before* sending it on to Riya and that you may remove and log all email that you claim are covered by privilege and that have nothing to do with Riya. Doesn't that take care of any objection that Kirsch has?

Lori Romley.

Lori E. Romley
O'Melveny & Myers LLP

1

2765 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 473-2685
Facsimile: (650) 473-2601
E-mail: lromley@omm.com

---

This e-mail message and any files transmitted with it are subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this e-mail message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

---

**From:** Derek A. Eletich [mailto:derek@eletichlaw.com]
**Sent:** Monday, February 11, 2008 9:48 AM
**To:** Romley, Lori
**Subject:** RE: Riya v. Kirsch

Signing the consent would allow Riya access to <u>every</u> e-mail in Kirsch's account (including those containing attorney-client information), not just the e-mails relevant to this action.

We will review Kirsch's e-mails and produce all relevant, non-privileged responsive e-mails to you on Friday as agreed. I fail to see why Riya needs unrestricted access to all of Kirsch's e-mails when she has retained counsel to review all her e-mails in response to Riya's document requests.

DAE

Derek A. Eletich
Law Office of Derek A. Eletich
155 Forest Avenue
Palo Alto, CA 94301-1615
(T)   (650) 543-5477
(F)   (650) 429-2028

The contents of this e-mail, including any attachments, are intended solely for the use of the person or entity to whom the e-mail was addressed. It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient of this message, be advised that any dissemination, distribution, or use of the contents of this message is strictly prohibited. If you received this e-mail message in error, please contact the sender by reply e-mail. Please also permanently delete all copies of the original e-mail and any attached documentation. Thank you.

---

**From:** Romley, Lori [mailto:LRomley@OMM.com]
**Sent:** Monday, February 11, 2008 9:37 AM
**To:** derek@eletichlaw.com
**Subject:** RE: Riya v. Kirsch

Derek,

If your representations below are accurate, I fail to understand why your client refuses to sign the Consent to Release. What is the objection?

Thanks,

Lori Romley

---

Lori E. Romley
O'Melveny & Myers LLP
2765 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 473-2685
Facsimile: (650) 473-2601
E-mail: lromley@omm.com

---

This e-mail message and any files transmitted with it are subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this e-mail message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

---

**From:** Derek A. Eletich [mailto:derek@eletichlaw.com]
**Sent:** Monday, February 11, 2008 9:27 AM
**To:** Romley, Lori
**Subject:** RE: Riya v. Kirsch

Lori,

Kirsch will not agree to the order shortening time that Riya requests. As I have repeatedly told you, Kirsch agrees to produce all responsive, relevant, non-privileged e-mails from her bkirsch2000@yahoo.com e-mail account on Friday, February 15, 2008. Accordingly, there is no need for Riya's threatened motion to be heard on shortened time or at all.

DAE

Derek A. Eletich
Law Office of Derek A. Eletich
155 Forest Avenue
Palo Alto, CA 94301-1615
(T)    (650) 543-5477
(F)    (650) 429-2028

The contents of this e-mail, including any attachments, are intended solely for the use of the person or entity to whom the e-mail was addressed. It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient of this message, be advised that any dissemination, distribution, or use of the contents of this message is strictly prohibited. If you received this e-mail message in error, please contact the sender by reply e-mail. Please also permanently delete all copies of the original e-mail and any attached documentation. Thank you.

**From:** Romley, Lori [mailto:LRomley@OMM.com]
**Sent:** Saturday, February 09, 2008 5:31 PM
**To:** derek@eletichlaw.com
**Subject:** Riya v. Kirsch

Derek,

Given that your client refuses to consent to Yahoo! producing the contents of her user account, bkirsch2000@yahoo.com, and Yahoo! will not provide those documents in response to Riya's subpoena without such consent, Riya is forced to file a motion with the Court to compel Kirsch to sign the Consent to Release. Riya intends to file the motion on Monday. It must be heard on shortened time so that Riya may have the production documents if so ordered by the Court in time to use them in preparation for Kirsch's deposition. Will Kirsch agree to shortened time such that the Court may hear the motion on Wednesday February 13?

Please let me know. Otherwise, Riya intends to file a motion to shorten time requesting a telephonic hearing on February 13.

Lori Romley.

---

Lori E. Romley
O'Melveny & Myers LLP
2765 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 473-2685
Facsimile: (650) 473-2601
E-mail: lromley@omm.com

---

This e-mail message and any files transmitted with it are subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this e-mail message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

4