IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIYA, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEBORAH BETH KIRSCH, <br><br> Defendant. _____/ | No. C 08-0547 MMC <br><br> **ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL, ADMINISTRATIVE MOTION TO SEAL, AND APPLICATION FOR ORDER SHORTENING TIME** |

      Pursuant to Civil Local Rule 72-1, the following three motions, each filed February 13, 2008, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar: (1) plaintiff's "Motion to Compel Defendant Kirsch to Execute Consent to Release her Yahoo! User Account Data"; (2) plaintiff's "Administrative Motion for Leave to File Under Seal Documents Relating to Plaintiff's Motion to Compel Defendant Kirsch to Execute Consent to Release her Yahoo! Account Data"; and (3) plaintiff's "Application for an Order Shortening Time for Hearing Riya's Motion to Compel Defendant Kirsch to Execute Consent to Release her Yahoo! Emails."

      Counsel will be advised of the date, time and place of the next appearance by notice

//

//

1  from the assigned Magistrate Judge's chambers.[1]

2  **IT IS SO ORDERED**.

3  Dated: February 14, 2008

4  MAXINE M. CHESNEY
United States District Judge

---

[1] The March 21, 2008 hearing date before the undersigned is vacated.

2