ERIC J. AMDURSKY (S.B. #180288)
LORI E. ROMLEY (S.B. #148447)
JUSTIN D. WALKER (S.B. #252268)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone:   (650) 473-2600
Facsimile:   (650) 473-2601
Email: eamdursky@omm.com
       lromley@omm.com
       jwalker@omm.com

Attorneys for Plaintiff
RIYA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RIYA, INC., a California Corporation<br><br>  Plaintiff,<br><br>  v.<br><br>DEBORAH BETH KIRSCH,<br>  Defendant. | Case No. C 08-0547 MMC (BZ)<br><br>**STIPULATION AND [PROPOSED] ORDER RE WITHDRAWAL WITHOUT PREJUDICE OF PLAINTIFF RIYA, INC.'S MOTION TO COMPEL DEFENDANT KIRSCH TO EXECUTE CONSENT TO RELEASE HER YAHOO! USER ACCOUNT DATA** |

This Stipulation is entered into by and between plaintiff Riya, Inc. ("Riya") and defendant Deborah Beth Kirsch ("Kirsch"), through their respective counsel of record (collectively, Riya and Kirsch are the "Parties").

### STIPULATION

**WHEREAS** on February 14, 2008, the Honorable Maxine M. Chesney referred to a Magistrate Judge Riya's Motion to Compel Defendant Kirsch to Execute Consent to Release her Yahoo! User Account Data, Administrative Motion for Leave to File Under Seal Documents Relating to Plaintiff's Motion to Compel Defendant Kirsch to Execute Consent to Release her Yahoo! Account Data, and Application for an Order Shortening Time for Hearing Riya's Motion to Compel Defendant Kirsch to Execute Consent to Release her Yahoo! Emails (hereinafter referred to as "Riya's Motions");

**WHEREAS** on February 14, 2008, Riya's Motions were referred to Magistrate Judge Bernard Zimmerman;

**WHEREAS** the Parties have agreed to mediate this case on March 3, 2008;

**THEREFORE**, **IT IS HEREBY STIPULATED AND AGREED** that subject to the Court's approval, Riya's Motions are withdrawn without prejudice to Riya's right to bring such motions at a later time if the mediation does not resolve the litigation.

Dated: February 21, 2008         DEREK A. ELETICH
                                 LAW OFFICE OF DEREK A. ELETICH


                                 By:    /s/ Derek A. Eletich
                                        Derek A. Eletich
                                 Attorneys for Defendant
                                 DEBORAH BETH KIRSCH

Dated: February 21, 2008

ERIC J. AMDURSKY
LORI E. ROMLEY
JUSTIN D. WALKER
O'MELVENY & MYERS LLP


By:     /s/ Lori E. Romley
        Lori E. Romley
Attorneys for Plaintiff
RIYA, INC.

## ATTESTATION OF LORI E. ROMLEY

I, Lori E. Romley, am the ECF user whose identification and password are being used to file this Stipulation And [Proposed] Order Re Withdrawal Without Prejudice of Plaintiff Riya, Inc.'s Motion To Compel Defendant Kirsch To Execute Consent To Release Her Yahoo! User Account Data. In compliance with General Order 45.X.B., I hereby attest that Derek A. Eletich has concurred in this filing.

Dated: February 21, 2008

    /s/ Lori E. Romley
    Lori E. Romley

1 **ORDER**

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 Riya's Motions are hereby withdrawn without prejudice to Riya's right to bring such

4 motions at a later time if the mediation does not resolve the litigation.

6 DATED: _____, 2008

8                                                                                                         _____

9                                                           Bernard Zimmerman
                                         United States Magistrate Judge

MP1:1014793.1