**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Riya's Motions are hereby withdrawn without prejudice to Riya's right to bring such motions at a later time if the mediation does not resolve the litigation.

DATED: __February 24_____, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

MP1:1014793.1