1  ERIC J. AMDURSKY (S.B. #180288)
   LORI E. ROMLEY (S.B. #148447)
2  JUSTIN D. WALKER (S.B. #252268)
   O'MELVENY & MYERS LLP
3  2765 Sand Hill Road
   Menlo Park, CA 94025
4  Telephone:   (650) 473-2600
   Facsimile:   (650) 473-2601
5  Email: eamdursky@omm.com
          lromley@omm.com
6         jwalker@omm.com

7  Attorneys for Plaintiff
   RIYA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RIYA, INC., a California Corporation<br><br>             Plaintiff,<br><br>    v.<br><br>DEBORAH BETH KIRSCH,<br>             Defendant. | Case No. C 08-0547 MMC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RE SECOND REVISED<br>SCHEDULE FOR HEARING AND<br>BRIEFING RE ORDER TO SHOW<br>CAUSE WHY PRELIMINARY<br>INJUNCTION SHOULD NOT BE<br>ISSUED** |

1    This Stipulation is entered into by and between plaintiff Riya, Inc. ("Riya") and defendant
2    Deborah Beth Kirsch ("Kirsch"), through their respective counsel of record (collectively, Riya
3    and Kirsch are the "Parties").

**STIPULATION**

**WHEREAS** on January 28, 2008, this Court entered an Order on the Parties' stipulation setting the briefing schedule and hearing date for the Order to Show Cause Re Preliminary Injunction against Kirsch ("OSC Hearing") as follows: Kirsch's opposition - February 22, 2008; Riya's reply - February 29, 2008; and OSC Hearing - March 14, 2008 at 9:00 a.m. in Courtroom 7;

**WHEREAS** on February 11, 2008, this Court entered an Order on the Parties' stipulation revising the briefing schedule and hearing date for the OSC Hearing as follows: Kirsch's opposition - on February 29, 2008; Riya's reply - March 7, 2008; and the OSC Hearing - March 21, 2008 at 9:00 a.m. in Courtroom 7;

**WHEREAS** on February 20, 2008, after Riya deposed Kirsch, the Parties agreed to affect a standstill of all proceedings and discovery efforts for a short period so that they could explore settlement through mediation and they thereafter scheduled a March 3, 2008 Mediation before Martin Quinn of JAMS for that purpose;

**WHEREAS** Riya has agreed to extend Kirsch's time to respond to the Complaint until three (3) court days after the Mediation, unless otherwise agreed in writing by the Parties or ordered by the Court;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that subject to the Court's approval, if the mediation does not resolve the litigation, the briefing schedule and hearing date for the OSC Hearing shall be:

Kirsch will file her Opposition on or before Friday, **March 21, 2008**.

Riya will file its Reply on or before Friday, **April 4, 2008**.

The hearing on the Order to Show Cause re Preliminary Injunction will be on Friday, **April 18, 2008** at 9:00 a.m. in Courtroom 7.

Dated:  February 22, 2008

DEREK A. ELETICH
LAW OFFICE OF DEREK A. ELETICH

By:     /s/ Derek A. Eletich
            Derek A. Eletich
Attorneys for Defendant
DEBORAH BETH KIRSCH

Dated:  February 22, 2008

ERIC J. AMDURSKY
LORI E. ROMLEY
JUSTIN D. WALKER
O'MELVENY & MYERS LLP

By:     /s/ Lori E. Romley
            Lori E. Romley
Attorneys for Plaintiff
RIYA, INC.

## **ATTESTATION OF LORI E. ROMLEY**

I, Lori E. Romley, am the ECF user whose identification and password are being used to file this Stipulation And [Proposed] Order Re Second Revised Schedule For Hearing And Briefing Re Order To Show Cause Why Preliminary Injunction Should Not Be Issued.  In compliance with General Order 45.X.B., I hereby attest that Derek A. Eletich has concurred in this filing.

Dated: February 22, 2008

/s/ Lori E. Romley
Lori E. Romley

1 **ORDER**

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 Kirsch must file any opposition to the Order to Show Cause re: Preliminary Injunction filed against her on or before March 21, 2008, and Riya may file any reply thereto on or before April 4, 2008. The hearing on the Order to Show Cause re: Preliminary Injunction shall be on Friday, April 18, 2008 at 9:00 a.m. in Courtroom 7 at the above-captioned Court.

DATED: _____February 25_____, 2008

_____
The Honorable Maxine M. Chesney
United States District Judge

MP1:1014793.1