1  ERIC J. AMDURSKY (S.B. #180288)
   LORI E. ROMLEY (S.B. #148447)
2  JUSTIN D. WALKER (S.B. #252268)
   O'MELVENY & MYERS LLP
3  2765 Sand Hill Road
   Menlo Park, CA 94025
4  Telephone:    (650) 473-2600
   Facsimile:    (650) 473-2601
5  Email: eamdursky@omm.com
          lromley@omm.com
6         jwalker@omm.com

7  Attorneys for Plaintiff
   RIYA, INC.
8

9                  **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11                       **SAN FRANCISCO DIVISION**

12

13  RIYA, INC., a California Corporation          Case No. C 08-0547 MMC (BZ)

14                  Plaintiff,                    **STIPULATION AND [PROPOSED]
                                                  ORDER RE SETTING OF**
15       v.                                       **HEARING ON PLAINTIFF RIYA,
                                                  INC.'S MOTION TO COMPEL**
16  DEBORAH BETH KIRSCH,                          **DEFENDANT KIRSCH TO
                    Defendant.**                  **EXECUTE CONSENT TO RELEASE
17                                                HER YAHOO! USER ACCOUNT
                                                  DATA AND MOTION TO SEAL**
18

19

20

21

22

23

24

25

26

27

28

                                         STIP. & ORDER RE HEARING ON MOTION TO
                                              COMPEL - CASE C 08-0547 MMC (BZ)

1  This Stipulation is entered into by and between plaintiff Riya, Inc. ("Riya") and defendant Deborah Beth Kirsch ("Kirsch"), through their respective counsel of record (collectively, Riya and Kirsch are the "Parties").

## STIPULATION

**WHEREAS** the Parties agreed to mediate this case and as part of that agreement, entered into a stipulation ("Stipulation") wherein Riya stipulated to withdraw its (1) Motion to Compel Defendant Kirsch to Execute Consent to Release her Yahoo! User Account Data and (2) Administrative Motion for Leave to File Under Seal Documents Relating to Plaintiff's Motion to Compel Defendant Kirsch to Execute Consent to Release her Yahoo! Account Data (hereinafter referred to as "Riya's Motions"), without prejudice to Riya's right to bring Riya's Motions at a later time if the mediation was unsuccessful and Kirsch stipulated that Riya's Motions could be heard on five (5) court days notice;

**WHEREAS** on February 25, 2008, Magistrate Judge Bernard Zimmerman entered an order on the Stipulation;

**WHEREAS** the Parties mediated this case on March 3, 2008, but that mediation was unsuccessful in resolving the litigation;

**WHEREAS** on March 4, 2008, Riya will put Riya's Motions back on calendar;

**THEREFORE**, **IT IS HEREBY STIPULATED AND AGREED** that subject to the Court's approval, Riya's Motions will be heard on March 11, 2008, or as soon thereafter as the matter may be heard, that any opposition must be filed on or before March 7, 2008 and any reply by noon on March 10, 2008.

Dated:  March 4, 2008                    DEREK A. ELETICH
                                         LAW OFFICE OF DEREK A. ELETICH


                                         By:     /s/ Derek A. Eletich
                                                 Derek A. Eletich
                                         Attorneys for Defendant
                                         DEBORAH BETH KIRSCH

Dated:  March 4, 2008

ERIC J. AMDURSKY
LORI E. ROMLEY
JUSTIN D. WALKER
O'MELVENY & MYERS LLP


By:        /s/ Lori E. Romley
                Lori E. Romley
Attorneys for Plaintiff
RIYA, INC.

## **ATTESTATION OF LORI E. ROMLEY**

I, Lori E. Romley, am the ECF user whose identification and password are being used to file this Stipulation And [Proposed] Order Re Setting Of Hearing On Plaintiff Riya, Inc.'s Motion To Compel Defendant Kirsch To Execute Consent To Release Her Yahoo! User Account Data And Motion To Seal.  In compliance with General Order 45.X.B., I hereby attest that Derek A. Eletich has concurred in this filing.


Dated:  March 4, 2008

                                                  /s/ Lori E. Romley
                                                     Lori E. Romley

1 | **<u>ORDER</u>**

2 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 | Riya's Motions shall be heard on March 11, 2008, at _____. Any opposition must be filed on or before March 7, 2008 and any reply by noon on March 10, 2008.

6 | DATED: March _____, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

MP1:1015540.1