1  ERIC J. AMDURSKY (S.B. #180288)
   LORI E. ROMLEY (S.B. #148447)
2  JUSTIN D. WALKER (S.B. #252268)
   O'MELVENY & MYERS LLP
3  2765 Sand Hill Road
   Menlo Park, CA 94025
4  Telephone:    (650) 473-2600
   Facsimile:    (650) 473-2601
5  Email: eamdursky@omm.com
          lromley@omm.com
6         jwalker@omm.com

7  Attorneys for Plaintiff
   RIYA, INC.

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                        **SAN FRANCISCO DIVISION**

12

13 | RIYA, INC., a California Corporation | Case No. C 08-0547 MMC (BZ) |

14 |              Plaintiff,              | **STIPULATION AND [PROPOSED]** |
                                           **ORDER RE SETTING OF**
15 |                v.                    | **HEARING ON PLAINTIFF RIYA,**
                                           **INC.'S MOTION TO COMPEL**
16 | DEBORAH BETH KIRSCH,                  | **DEFENDANT KIRSCH TO**
   |              Defendant.               | **EXECUTE CONSENT TO RELEASE**
17                                         | **HER YAHOO! USER ACCOUNT**
                                           | **DATA AND MOTION TO SEAL**
18

19

20

21

22

23

24

25

26

27

28

This Stipulation is entered into by and between plaintiff Riya, Inc. ("Riya") and defendant Deborah Beth Kirsch ("Kirsch"), through their respective counsel of record (collectively, Riya and Kirsch are the "Parties").

**STIPULATION**

**WHEREAS** the Parties agreed to mediate this case and as part of that agreement, entered into a stipulation ("Stipulation") wherein Riya stipulated to withdraw its (1) Motion to Compel Defendant Kirsch to Execute Consent to Release her Yahoo! User Account Data and (2) Administrative Motion for Leave to File Under Seal Documents Relating to Plaintiff's Motion to Compel Defendant Kirsch to Execute Consent to Release her Yahoo! Account Data (hereinafter referred to as "Riya's Motions"), without prejudice to Riya's right to bring Riya's Motions at a later time if the mediation was unsuccessful and Kirsch stipulated that Riya's Motions could be heard on five (5) court days notice;

**WHEREAS** on February 25, 2008, Magistrate Judge Bernard Zimmerman entered an order on the Stipulation;

**WHEREAS** the Parties mediated this case on March 3, 2008, but that mediation was unsuccessful in resolving the litigation;

**WHEREAS** on March 4, 2008, Riya will put Riya's Motions back on calendar;

**THEREFORE**, **IT IS HEREBY STIPULATED AND AGREED** that subject to the Court's approval, Riya's Motions will be heard on March 11, 2008, or as soon thereafter as the matter may be heard, that any opposition must be filed on or before March 7, 2008 and any reply by noon on March 10, 2008.

Dated: March 4, 2008       DEREK A. ELETICH
                           LAW OFFICE OF DEREK A. ELETICH


                           By:     /s/ Derek A. Eletich
                                   Derek A. Eletich
                           Attorneys for Defendant
                           DEBORAH BETH KIRSCH

| | |
|---|---|
| Dated: March 4, 2008 | ERIC J. AMDURSKY<br>LORI E. ROMLEY<br>JUSTIN D. WALKER<br>O'MELVENY & MYERS LLP |
| | By:     /s/ Lori E. Romley<br>            Lori E. Romley<br>Attorneys for Plaintiff<br>RIYA, INC. |

## ATTESTATION OF LORI E. ROMLEY

I, Lori E. Romley, am the ECF user whose identification and password are being used to file this Stipulation And [Proposed] Order Re Setting Of Hearing On Plaintiff Riya, Inc.'s Motion To Compel Defendant Kirsch To Execute Consent To Release Her Yahoo! User Account Data And Motion To Seal.  In compliance with General Order 45.X.B., I hereby attest that Derek A. Eletich has concurred in this filing.

Dated: March 4, 2008

/s/ Lori E. Romley<br>Lori E. Romley

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
at a time to be determined by the court.
Riya's Motions shall be heard ~~on March 11, 2008, at _____~~.  Any opposition must be filed on or before March 7, 2008 and any reply by noon on March 10, 2008.

DATED: March __5th__, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

MP1:1015540.1

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Bernard Zimmerman]*