ERIC J. AMDURSKY (S.B. #180288)
LORI E. ROMLEY (S.B. #148447)
JUSTIN D. WALKER (S.B. #252268)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone:   (650) 473-2600
Facsimile:   (650) 473-2601
Email: eamdursky@omm.com
       lromley@omm.com
       jwalker@omm.com

Attorneys for Plaintiff
RIYA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RIYA, INC., a California Corporation<br><br>            Plaintiff,<br><br>    v.<br><br>DEBORAH BETH KIRSCH,<br>            Defendant. | Case No. C 08-0547 MMC (BZ)<br><br>**STIPULATION AND [PROPOSED] ORDER RE SECOND WITHDRAWAL WITHOUT PREJUDICE OF PLAINTIFF RIYA, INC.'S MOTION TO COMPEL DEFENDANT KIRSCH TO EXECUTE CONSENT TO RELEASE HER YAHOO! USER ACCOUNT DATA** |

This Stipulation is entered into by and between plaintiff Riya, Inc. ("Riya") and defendant Deborah Beth Kirsch ("Kirsch"), through their respective counsel of record (collectively, Riya and Kirsch are the "Parties").

**STIPULATION**

**WHEREAS** on February 14, 2008, the Honorable Maxine M. Chesney referred to Magistrate Judge Bernard Zimmerman Riya's Motion to Compel Defendant Kirsch to Execute Consent to Release her Yahoo! User Account Data, Administrative Motion for Leave to File Under Seal Documents Relating to Plaintiff's Motion to Compel Defendant Kirsch to Execute Consent to Release her Yahoo! Account Data, and Application for an Order Shortening Time for Hearing Riya's Motion to Compel Defendant Kirsch to Execute Consent to Release her Yahoo! Emails (hereinafter referred to as "Riya's Motions");

**WHEREAS** the Parties are attempting to finalize a settlement of this litigation;

**THEREFORE**, **IT IS HEREBY STIPULATED AND AGREED** that Riya's Motions are withdrawn without prejudice to Riya's right to bring such motions at a later time if the settlement is not finalized.

Dated: March 10, 2008

DEREK A. ELETICH
LAW OFFICE OF DEREK A. ELETICH


By:   /s/ Derek A. Eletich
           Derek A. Eletich
Attorneys for Defendant
DEBORAH BETH KIRSCH

Dated: March 10, 2008

ERIC J. AMDURSKY
LORI E. ROMLEY
JUSTIN D. WALKER
O'MELVENY & MYERS LLP


By:   /s/ Lori E. Romley
           Lori E. Romley
Attorneys for Plaintiff
RIYA, INC.

- 2 -   STIP. & ORDER RE 2ND WITHDRAWAL OF MOTION TO COMPEL - C 08-0547 MMC (BZ)

**ATTESTATION OF LORI E. ROMLEY**

I, Lori E. Romley, am the ECF user whose identification and password are being used to file this Stipulation And [Proposed] Order Re Second Withdrawal Without Prejudice of Plaintiff Riya, Inc.'s Motion To Compel Defendant Kirsch To Execute Consent To Release Her Yahoo! User Account Data. In compliance with General Order 45.X.B., I hereby attest that Derek A. Eletich has concurred in this filing.

Dated: March 10, 2008

/s/ Lori E. Romley
Lori E. Romley

## **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Riya's Motions are hereby withdrawn without prejudice to Riya's right to bring such motions at a later time if the litigation is not settled.

DATED: March _____, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

MP1:1015789.1

- 4 -

STIP. & ORDER RE 2ND WITHDRAWAL OF MOTION TO COMPEL - C 08-0547 MMC (BZ)