ERIC J. AMDURSKY (S.B. #180288)
LORI E. ROMLEY (S.B. #148447)
JUSTIN D. WALKER (S.B. #252268)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone:    (650) 473-2600
Facsimile:     (650) 473-2601
Email: eamdursky@omm.com
         lromley@omm.com
         jwalker@omm.com

Attorneys for Plaintiff
RIYA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RIYA, INC., a California Corporation<br><br>                    Plaintiff,<br><br>        v.<br><br>DEBORAH BETH KIRSCH,<br>                    Defendant. | Case No. C 08-0547 MMC (BZ)<br><br>**STIPULATION AND [PROPOSED] ORDER RE SECOND WITHDRAWAL WITHOUT PREJUDICE OF PLAINTIFF RIYA, INC.'S MOTION TO COMPEL DEFENDANT KIRSCH TO EXECUTE CONSENT TO RELEASE HER YAHOO! USER ACCOUNT DATA** |

1   This Stipulation is entered into by and between plaintiff Riya, Inc. ("Riya") and defendant Deborah Beth Kirsch ("Kirsch"), through their respective counsel of record (collectively, Riya and Kirsch are the "Parties").

## STIPULATION

**WHEREAS** on February 14, 2008, the Honorable Maxine M. Chesney referred to Magistrate Judge Bernard Zimmerman Riya's Motion to Compel Defendant Kirsch to Execute Consent to Release her Yahoo! User Account Data, Administrative Motion for Leave to File Under Seal Documents Relating to Plaintiff's Motion to Compel Defendant Kirsch to Execute Consent to Release her Yahoo! Account Data, and Application for an Order Shortening Time for Hearing Riya's Motion to Compel Defendant Kirsch to Execute Consent to Release her Yahoo! Emails (hereinafter referred to as "Riya's Motions");

**WHEREAS** the Parties are attempting to finalize a settlement of this litigation;

**THEREFORE**, **IT IS HEREBY STIPULATED AND AGREED** that Riya's Motions are withdrawn without prejudice to Riya's right to bring such motions at a later time if the settlement is not finalized.

Dated: March 10, 2008                    DEREK A. ELETICH
                                         LAW OFFICE OF DEREK A. ELETICH


                                         By:     /s/ Derek A. Eletich
                                                 Derek A. Eletich
                                         Attorneys for Defendant
                                         DEBORAH BETH KIRSCH


Dated: March 10, 2008                    ERIC J. AMDURSKY
                                         LORI E. ROMLEY
                                         JUSTIN D. WALKER
                                         O'MELVENY & MYERS LLP


                                         By:     /s/ Lori E. Romley
                                                 Lori E. Romley
                                         Attorneys for Plaintiff
                                         RIYA, INC.

**ATTESTATION OF LORI E. ROMLEY**

I, Lori E. Romley, am the ECF user whose identification and password are being used to file this Stipulation And [Proposed] Order Re Second Withdrawal Without Prejudice of Plaintiff Riya, Inc.'s Motion To Compel Defendant Kirsch To Execute Consent To Release Her Yahoo! User Account Data.  In compliance with General Order 45.X.B., I hereby attest that Derek A. Eletich has concurred in this filing.

Dated: March 10, 2008

/s/ Lori E. Romley
Lori E. Romley

1 **ORDER**

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 Riya's Motions are hereby withdrawn without prejudice to Riya's right to bring such

4 motions at a later time if the litigation is not settled.

6 DATED: March __10__, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

MP1:1015789.1