IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIYA, INC., | No. C-08-0547 MMC |
| Plaintiff, | **ORDER RE ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |
| v. | |
| DEBORAH BETH KIRSCH, | |
| Defendant. | |

On January 28, 2008, the parties filed a joint stipulation, by which, inter alia, the parties agreed to a briefing schedule on plaintiff's request for an Order to Show Cause re: Preliminary Injunction. By further stipulation, the schedule was twice revised, on February 11, 2008 and February 25, 2008, respectively, the final such stipulation providing for opposition to be filed by March 28, 2008 and a reply by April 4, 2008. To date, no opposition, reply, or further stipulation has been filed.

Accordingly, the parties are hereby ORDERED to file, no later than April 14, 2008, a Joint Status Statement, advising the Court as to whether plaintiff's request for a preliminary injunction has been withdrawn.

**IT IS SO ORDERED.**

Dated: April 9, 2008

MAXINE M. CHESNEY
United States District Judge