1  ERIC J. AMDURSKY (S.B. #180288)
   LORI E. ROMLEY (S.B. #148447)
2  JUSTIN D. WALKER (S.B. #252268)
   O'MELVENY & MYERS LLP
3  2765 Sand Hill Road
   Menlo Park, CA 94025
4  Telephone:   (650) 473-2600
   Facsimile:   (650) 473-2601
5  Email: eamdursky@omm.com
          lromley@omm.com
6         jwalker@omm.com

7  Attorneys for Plaintiff
   RIYA, INC.
8
   DEREK A. ELETICH (S.B. #193393)
9  KYMBERLEIGH N. KORPUS (S.B. #217459)
   LAW OFFICE OF DEREK A. ELETICH
10 155 Forest Avenue
   Palo Alto, CA 94301-1615
11 Telephone:   (650) 543-5477
   Facsimile:   (650) 429-2028
12 Email:  Derek@eletichlaw.com
           Kymberleigh@eletichlaw.com
13
   Attorneys for Defendant
14 DEBORAH BETH KIRSCH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RIYA, INC., a California Corporation | Case No. C 08-0547 MMC (BZ) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| DEBORAH BETH KIRSCH, Defendant. | |

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - C 08-0547 MMC (BZ)

The parties herein, by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, the Plaintiff and Defendant have entered into a Confidential Settlement Agreement and Mutual Release, which fully settles all contested issues in this case;

**IT IS HEREBY STIPULATED**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims asserted in this case by Plaintiff are hereby dismissed with prejudice and, further, that all parties shall bear their own costs and fees.

Dated: April 3, 2008                          DEREK A. ELETICH
                                              LAW OFFICE OF DEREK A. ELETICH


                                              By:      /s/ Derek A. Eletich
                                                           Derek A. Eletich
                                              Attorneys for Defendant
                                              DEBORAH BETH KIRSCH


Dated: April 3, 2008                          ERIC J. AMDURSKY
                                              LORI E. ROMLEY
                                              JUSTIN D. WALKER
                                              O'MELVENY & MYERS LLP


                                              By:      /s/ Lori E. Romley
                                                           Lori E. Romley
                                              Attorneys for Plaintiff
                                              RIYA, INC.

**ATTESTATION OF LORI E. ROMLEY**

I, Lori E. Romley, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE.  In compliance with General Order 45.X.B., I hereby attest that Derek A. Eletich has concurred in this filing.

Dated: April 3, 2008

                                              /s/ Lori E. Romley
                                                Lori E. Romley

1  **ORDER**

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4  DATED: April __, 2008

5

6                                                          _____
7                                                                          Maxine M. Chesney
                                                                        United States District Judge
   MP1:1017183.1
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -   STIPULATION AND ORDER OF DISMISSAL
        WITH PREJUDICE - C 08-0547 MMC (BZ)