ERIC J. AMDURSKY (S.B. #180288)
LORI E. ROMLEY (S.B. #148447)
JUSTIN D. WALKER (S.B. #252268)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone:   (650) 473-2600
Facsimile:    (650) 473-2601
Email: eamdursky@omm.com
       lromley@omm.com
       jwalker@omm.com

Attorneys for Plaintiff
RIYA, INC.

DEREK A. ELETICH (S.B. #193393)
KYMBERLEIGH N. KORPUS (S.B. #217459)
LAW OFFICE OF DEREK A. ELETICH
155 Forest Avenue
Palo Alto, CA 94301-1615
Telephone:   (650) 543-5477
Facsimile:    (650) 429-2028
Email: Derek@eletichlaw.com
       Kymberleigh@eletichlaw.com

Attorneys for Defendant
DEBORAH BETH KIRSCH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RIYA, INC., a California Corporation<br><br>             Plaintiff,<br><br>    v.<br><br>DEBORAH BETH KIRSCH,<br>             Defendant. | Case No. C 08-0547 MMC (BZ)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

1  The parties herein, by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, the Plaintiff and Defendant have entered into a Confidential Settlement Agreement and Mutual Release, which fully settles all contested issues in this case;

**IT IS HEREBY STIPULATED**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims asserted in this case by Plaintiff are hereby dismissed with prejudice and, further, that all parties shall bear their own costs and fees.

Dated:  April 3, 2008

DEREK A. ELETICH
LAW OFFICE OF DEREK A. ELETICH


By:      /s/ Derek A. Eletich
              Derek A. Eletich
Attorneys for Defendant
DEBORAH BETH KIRSCH


Dated:  April 3, 2008

ERIC J. AMDURSKY
LORI E. ROMLEY
JUSTIN D. WALKER
O'MELVENY & MYERS LLP


By:      /s/ Lori E. Romley
              Lori E. Romley
Attorneys for Plaintiff
RIYA, INC.

**ATTESTATION OF LORI E. ROMLEY**

I, Lori E. Romley, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE. In compliance with General Order 45.X.B., I hereby attest that Derek A. Eletich has concurred in this filing.

Dated: April 3, 2008

                                         /s/ Lori E. Romley
                                         Lori E. Romley

- 3 -     STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - C 08-0547 MMC (BZ)

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April _9_, 2008

_____
Maxine M. Chesney
United States District Judge

MP1:1017183.1

- 4 -   STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - C 08-0547 MMC (BZ)